MARIANAS LEGAL STRATEGY GROUP, LLC
MARCIA K. SCHULTZ
mschultz@mlsg.law
CATHERINE J. CACHERO
ccachero@mlsg.law
Security Title Building, 2nd Floor
Isa Drive, Capitol Hill
PMB 323, Box 10001
Saipan, MP 96950
Telephone No. 670.322.9991
Facsimile No. 670.322.9993

Attorneys for Defendant
LOUIS VUITTON GUAM, INC.

F I L E D
Clerk
District Court

MAR 28 2017

for the Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| QIAN YAN FEJERAN and ROES I-X, <br><br>Plaintiffs, <br><br>vs. <br><br>LOUIS VUITTON GUAM and DOES I-X, <br><br>Defendants. | CIVIL ACTION NO. 15-0018 <br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

    Pursuant to Rule 41(a)(1)(A)(ii), all the parties having stipulated to dismiss this lawsuit with prejudice, that stipulation was effective when filed, and the Court hereby ORDERS this matter dismissed and directs the Clerk to close the case.

    SO ORDERED this 28th day of March, 2017.

_____
RAMONA V. MANGLONA
Chief Judge

4836-7900-5253, v. 1